1:05CV442 ML
DLM

CLOSED, JURY, TYPE-B

**U.S. District Court**
**District of Columbia (Washington, DC)**
**CIVIL DOCKET FOR CASE #: 1:04-cv-02119-JDB**

SARENSON v. ELI LILLY AND COMPANY
Assigned to: Judge John D. Bates
Demand: $2,000,000
Cause: 28:1332 Diversity-Product Liability

Date Filed: 12/08/2004
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**KIM M. SARENSON** represented by

**Aaron M. Levine**
AARON M. LEVINE & ASSOCIATES, P.A.
1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: aaronlevinelaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon J. Levine**
AARON M. LEVINE & ASSOCIATES

1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: levbran@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Renee Lynne Robinson-Meyer**
AARON M. LEVINE & ASSOCIATES

1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: aaronlevinelaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Jay Lewis**
AARON M. LEVINE & ASSOCIATES

1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: slewis@aaronlevinelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**ELI LILLY AND COMPANY**

represented by **Lawrence Hedrick Martin**
FOLEY HOAG LLP
1875 K Street, NW
Washington, DC 20006
(202) 223-1200
Fax: (202) 785-6687
Email: lmartin@foleyhoag.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/08/2004 | 1 | NOTICE OF REMOVAL from DC Superior Court, case number 04-8834. ( Filing fee $ 150 ) (Attachments: # 1 Certified Copies of State Court Papers)(lc, ) (Entered: 12/09/2004) |
| 12/08/2004 | 2 | LCvR 7.1 - CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by ELI LILLY AND COMPANY (lc, ) (Entered: 12/09/2004) |
| 12/08/2004 | 3 | ANSWER to Complaint with Jury Demand by ELI LILLY AND COMPANY.(lc, ) (Entered: 12/09/2004) |
| 12/08/2004 | | SUMMONS Not Issued as to ELI LILLY AND COMPANY (lc, ) (Entered: 12/09/2004) |
| 12/09/2004 | 4 | NOTICE of Appearance by Aaron M. Levine on behalf of KIM M. SARENSON (Levine, Aaron) (Entered: 12/09/2004) |
| 01/12/2005 | 5 | ORIGINAL FILE, certified copy of transfer order and docket sheet received from Superior Court of the District of Columbia, Case Number 04ca8834. (lc, ) (Entered: 01/28/2005) |
| 02/09/2005 | 6 | ORDER setting initial scheduling conference for March 7, 2005 at 9:00 a.m. Signed by Judge John D. Bates on 2/9/2005. (lcjdb1) (Entered: 02/09/2005) |

| | | |
|---|---|---|
| 02/22/2005 | 7 | MEET AND CONFER STATEMENT. (Attachments: # 1 Text of Proposed Order Proposed Scheduling Order)(Levine, Aaron) (Entered: 02/22/2005) |
| 03/07/2005 | 8 | NOTICE of Appearance by Lawrence Hedrick Martin on behalf of ELI LILLY AND COMPANY (Martin, Lawrence) (Entered: 03/07/2005) |
| 03/07/2005 | 9 | SCHEDULING ORDER. Signed by Judge John D. Bates on 3/7/2005. (lcjdb1) (Entered: 03/07/2005) |
| 03/07/2005 | | Set Deadlines/Hearings: Discovery due by 10/4/2005. Dispositive Motions due by 11/3/2005. Status Conference set for 10/4/2005 09:15 AM before Judge John D. Bates. (lcjdb1) (Entered: 03/07/2005) |
| 03/07/2005 | | Minute Entry Initial Scheduling Conference held on 3/7/2005 held before Judge John D. Bates. (Court Reporter Bryan Wayne) (tb ) (Entered: 03/07/2005) |
| 07/12/2005 | 10 | Consent MOTION to Transfer Case *to District of Rhode Island* by KIM M. SARENSON. (Levine, Aaron) (Entered: 07/12/2005) |
| 07/12/2005 | | MINUTE ORDER: Upon consideration of 10 Plaintiff's Consent Motion to Transfer Case, it is hereby ORDERED the motion is GRANTED. It is further ORDERED that this case be transferred to the United States District Court for the District of Rhode Island. Signed by Judge John D. Bates on 7/12/2005. (lcjdb1) (Entered: 07/12/2005) |



| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/20/2005 14:44:15 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:04-cv-02119-JDB |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |