No response

FILED
OCT 26 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

KIM M. SARENSON,
Plaintiff

v. C.A. No. 05-0442/ML

ELI LILLY & COMPANY,
Defendant

MOTION FOR ENTRY OF APPEARANCE
PRO HAC VICE

Defendant Eli Lilly & Company hereby moves that James Dillon, Esq. be admitted PRO HAC VICE in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- ✓ The case involves the following complex area of the law, in which defense counsel specializes: Pharmaceutical litigation.
- ✓ Defense counsel's long-standing representation of the client: Eli Lilly & Company.
- The local trial bar lacks experience in the field of: ______________________.
- The case involves complex legal questions under the law of a foreign jurisdiction with which ______________ counsel is familiar, specifically: ______________________.
- The case requires extensive discovery in a foreign jurisdiction convenient to ______________ counsel, as follows: ______________.
- It is a criminal case, and ______________ counsel is defendant's counsel of choice.
- Other: ______________________.

By: [signature]
Attorney for Defendant
Eli Lilly & Company
VETTER & WHITE
20 Washington Place
Providence, RI 023903
401-421-3060
401-272-6803 [fax]

Dated: October 26, 2005

CERTIFICATE OF SERVICE

TO:

Aaron M. Levine, Esq.
Brandon J. Levine, Esq.
Renee L. Robinson-Meyer, Esq.
Steven J. Lewis, Esq.
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036

I hereby certify I caused to be served on the above-named counsel of record a copy of the within Motion For Entry Of Appearance Pro Hac Vice by mailing first class mail, postage prepaid, on the 26th day of October, 2005.

Melanie Gasetti

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

(1) I certify that I am a member in good standing of the bar of the State(s) of Massachusetts and* and the following federal district court bars(s) **See list below, without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

(2) I am currently admitted, and/or within the preceding 24 months have applied to be admitted, in the following cases in this district: NONE.

(3) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(4) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it related to the participation and responsibilities of local associate counsel.

| | |
|---|---|
| James Dillon, Esq. | Brooks R. Magratten, Esq. |
| | Local Associate Counsel |
| | R.I. Bar ID #3585 |
| Foley Hoag, LLP | Vetter & White |
| Firm Name | Firm Name |
| 155 Seaport Blvd. | 20 Washington Place |
| Boston, MA 02210 | Providence, Rhode Island 02903 |
| Business Address | Business Address |
| 617-832-1000 (Tel. #) 617-832-7000 (Fax #) | (401) 421-3060 (Tel. #) (401) 272-6803 (Fax #) |

---

Bar Admissions
* New York
** U.S. District Courts for the Districts of: Massachusetts
U.S. Circuit Courts of Appeals for the following circuits:
(1) First
(2) Fifth
(3) Sixth
(4) Eleventh
U.S. Supreme Court

**ORDER:** This motion is hereby Granted.

Mary M. Lisi
U.S. District Judge

Dated: 11/10/05