UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
FEB 17 2006
Property of U.S. District Court
District of Rhode Island

KIM M. SARENSON,

Plaintiff,

v.

ELI LILLY AND COMPANY,

Defendant.

Civil Action No. 05-CV-0442 (ML)

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Kim M. Sarenson and Defendant Eli Lilly and Company ("Lilly"), acting through their respective counsel, have resolved the claims in the above-captioned case and ask that the above-captioned case be dismissed with prejudice in its entirety.

There are no cross-claims or third-party claims pending in the above-captioned case and no party is an infant or incompetent person for whom a committee has been appointed or a conservator and no person not a party has an interest in the subject matter of this action.

KIM M. SARENSON,

By her attorneys,

Aaron Levine /Bsm

Aaron M. Levine
AARON M. LEVINE & ASSOCIATES, P.A.
1320 19th Street, N.W., Suite 500
Washington, DC 20036
202-833-8040

ELI LILLY AND COMPANY,

By its attorneys,

/s/ James J. Dillon
James J. Dillon *(pro hac vice)*
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
617-832-1000

-and-

Enter: Mary M. Lisi USDJ 2/17/06

Brooks R. Magratten, R.I. Bar No. 3585
VETTER & WHITE
20 Washington Place
Providence, RI 02903
401-421-3060

Dated: February 15, 2006

# CERTIFICATE OF SERVICE

TO:

Aaron M. Levine, Esq.
Brandon J. Levine, Esq.
Renee L. Robinson-Meyer, Esq.
Steven J. Lewis, Esq.
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036

I hereby certify I caused to be served on the above-named counsel of record a copy of the within dismissal stipulation by first class mail, postage prepaid, on the 17th day of February, 2006.

/s/ Melanie Josetto